463 A.2d 48

Commonwealth v. Dobrolenski, Appellant.
Petition for Allowance of Appeal
Denied Nov. 3, 1983.

608

 Submitted May 11, 1982. Dorothy R. Waters, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.